IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ANGELA GONZALEZ, DEBORAH JONES, §§§§§§§§§ | | |
| *Plaintiffs,* § | | |
| § | | |
| v. § | 6-19-CV-00244-ADA | |
| § | | |
| KENNETH E. HJERPE, C.R. ENGLAND, INC., § | | |
| *Defendants.* § | | |

## ORDER GRANTING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Before the Court is Defendant C.R. England, Inc.'s Motion for Partial Summary Judgment (ECF No. 21) and Plaintiffs Angela Gonzalez's and Deborah Jones's Response (ECF No. 22). After having reviewed the parties' briefs, case file, and applicable law, the Court **GRANTS** Defendant's Motion for Partial Summary Judgment.

In Plaintiffs' Response, Plaintiffs requested that their claims of negligent hiring, negligent training, negligent supervision, negligent retention and negligent entrustment against Defendant C.R. England, Inc. be dismissed. ECF No. 22.

For the reasons set forth above, it is accordingly **ORDERED** that C.R. England, Inc.'s Motion for Partial Summary Judgment with respect to Angela Gonzalez's and Deborah Jones's claims for negligent hiring, negligent training, negligent supervision, negligent retention and negligent entrustment against Defendant C.R. England, Inc. is **GRANTED.**

**SIGNED** this 7th day of October, 2020.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**