IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ANGELA GONZALEZ AND DEBORAH JONES,<br>    Plaintiff, | § § § § | |
| VS. | § § § | C.A. NO. 6:19-cv-00244-ADA-JCM |
| KENNETH E. HJERPE AND C.R. ENGLAND, INC.,<br>    Defendants | § § § § | |

## FINAL JUDGMENT

On October 19, 2020, the trial of this case began. Plaintiffs Angela Gonzalez and Deborah Jones appeared in person and through their attorneys and announced ready for trial. Defendants Kenneth E. Hjerpe and C.R. England, Inc. appeared in person and/or though their attorneys and announced ready for trial. The Court determined that it had jurisdiction over the subject matter and the parties in this case. The Court then impaneled and swore in the jury, which heard the evidence and arguments of counsel, with the undersigned presiding. The Court submitted questions, definitions, and instruction to the jury. In response, the jury returned a unanimous verdict and made findings that the Court received and entered of record. Plaintiff moved for entry of judgment on the verdict. The Court considered the motion and renders final judgment for Plaintiffs.

Therefore, the Court Orders

1. That Plaintiff Angela Gonzalez recover the sum of $196,804.05 and her costs from Defendants Kenneth E. Hjerpe and C.R. England, Inc., jointly and severally.

2. That Plaintiff Deborah Jones recover the sum of $16,792.00 and her costs from Defendants Kenneth E. Hjerpe and C.R. England, Inc., jointly and severally.

2

      3.      Pre-judgement interest to Angela Gonzalez and Deborah Jones at the annual rate of 5%, to be paid from February 27, 2019 until the date of the entry of this judgment.

      4.      Post-judgment interest is payable on all of the above amounts allowable by law at the rate of 0.13% from the date of this judgment is entered until the date this judgment is paid.

      5.      Execution to issue for this judgment.

The Court denies all relief not granted in this judgment.

The Clerk of Court is DIRECTED to TERMINATE this case.

This is a FINAL JUDGMENT.

SIGNED _____, 2020.

_____
Alan Albright
United States District Judge

AGREED AS TO FORM ONLY:

*/s/ Keith W. Lapeze*

_____
Keith W. Lapeze
Attorney for Plaintiffs


*/s/ Robyn M. Wise*

_____
Michael P. Sharp
Robyn M. Wise
Attorney for Defendants